

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

March 24, 2025

**SO ORDERED**
The conference is set for March 26, 2025 is adjourned to April 2, 2025 at 11:00 a.m.

*[signature]*
George B. Daniels

*MAR 25 2025*

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Pierre*, 16 Cr. 673 (GBD)

Dear Judge Daniels:

The Government respectfully writes to request that the court appearance currently set for March 26, 2025 in this matter be re-scheduled to the following week, in order to accommodate a Government scheduling conflict. Defense counsel does not object to the requested adjournment. The parties respectfully propose scheduling the appearance for the morning of March 31, 2025 or thereafter, subject to the Court's availability.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____/s/_____
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

cc: Mary Mulligan, Esq. (by ECF/email)